# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

STRIKE 3 HOLDINGS, LLC,

        Plaintiff,

v.                                          Case No:  5:22-cv-673-GAP-PRL

JOHN DOE SUBSCRIBER
ASSIGNED IP ADDRESS
50.89.53.15,

        Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice of Voluntary Dismissal Without Prejudice of John Doe (Doc. 11), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed without prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on May 17, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties